SLR:LDM:WJG
F.#: 2010V03200

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

        Plaintiff,

  -against-

APPROXIMATELY FORTY-FOUR THOUSAND EIGHT
HUNDRED TWENTY-SIX DOLLARS AND EIGHTY-
EIGHT CENTS ($44,826.88) FORMERLY HELD ON
DEPOSIT AT TD BANK ACCOUNT NUMBER *4372 IN
THE NAME OF B&S FRAGRANCES, AND ALL
PROCEEDS TRACEABLE THERETO; and

APPROXIMATELY FORTY THOUSAND DOLLARS
AND NO CENTS ($40,000.00) FORMERLY HELD ON
DEPOSIT AT TD BANK ACCOUNT NUMBER *5853 IN
THE NAME OF SALEEM KHAN, AND ALL PROCEEDS
TRACEABLE THERETO;

        Defendants In Rem.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WARRANT FOR ARREST OF
ARTICLES IN REM

Civil Action No.

CV 13-1307

DEARIE, J.

TO THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

      WHEREAS, a Verified Complaint In Rem was filed on or about August 1, 2013, in the United States District Court for the Eastern District of New York alleging that the above-captioned properties (together, the "Defendants In Rem") are subject to seizure and forfeiture to the United States, pursuant to 31 U.S.C. § 5317; and

      WHEREAS, the Court being satisfied that, based upon the Verified Complaint, there is probable cause to believe that the Defendants In Rem constitute property that is subject to forfeiture, and that grounds exist for the issuance of a warrant for arrest of articles in rem,

pursuant to Supplemental Rule G(3)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims.

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest and seize the Defendants In Rem and use discretion and whatever means appropriate to protect and maintain the Defendants In Rem; and

IT IS ORDERED THAT you shall provide notice of this action to all persons thought to have an interest in or claim against the Defendants In Rem by serving upon such persons a copy of this warrant, and a copy of the Verified Complaint In Rem, in a manner consistent with the principles of service of process in an action in rem under the Supplemental Rules G(4)(b) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims and the Federal Rules of Civil Procedure, and publish notice of the action on the government website, www.forfeiture.gov, in this Eastern District of New York, pursuant to Supplemental Rule G(5);

IT IS FURTHER ORDERED that, promptly after execution of this process, you shall file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed; and

IT IS FURTHER ORDERED that all persons claiming an interest in, or right against, the property must file their verified claim and statement of interest within thirty-five (35) days after notice of the Verified Complaint was sent or, as applicable, not later than sixty (60) days after the first day of publication on an official internet government forfeiture site, whichever is earlier, or within such additional time the Court may allow, pursuant to 18 U.S.C. § 983(a)(4) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, and shall and file their answers to the Verified Complaint within twenty-one (21) days after the filing of the verified claim with the Office of the Clerk, United States District

Court for the Eastern District of New York, with a copy thereof sent to Assistant United States Attorney William J. Gullotta, United States Attorney's Office, Eastern District of New York, 271 Cadman Plaza East, 7th Floor, Brooklyn, New York 11201. Pursuant to Rule G(5) of the Supplemental Rules, all claims must identify the specific property claimed, identify the claimant and state the claimant's interest in the property, and be signed by the claimant under penalty of perjury.

Dated: Brooklyn, New York
      August __/__, 2013

                                            UNITED STATES DISTRICT JUDGE